IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01901-WYD

ANGELA G. GASKELL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed December 16, 2011.  Defendant asserts in the motion that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act in the amount of $5,000.  Having reviewed the motion and finding good cause therefor, it is

ORDERED that the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 22) is **GRANTED**.  In accordance therewith, attorney fees in the amount of **$5,000.00** are awarded, which shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

Dated January 20, 2012

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge